ESSEX LEASING, INC. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF ESSEX ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 391, is granted, with limitation.

*Timothy S. Hollister,* in support of the petition.

Decided March 3, 1987

PAMELA BUTURLA *v.* RONALD ST. ONGE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 495, is denied.

*Morris R. Borea,* in support of the petition.

*Richard Reeves Hine,* in opposition.

Decided March 3, 1987

UNITED CHURCH OF CHRIST *v.*
TOWN OF WEST HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 448, is granted, with limitation.

*Michael J. O'Sullivan,* in support of the petition.

*Marjorie S. Wilder,* corporation counsel, in opposition.

Decided March 3, 1987

PLANNING AND ZONING COMMISSION OF THE TOWN OF
LEBANON ET AL. *v.* ARPAD GAAL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 9 Conn. App. 538, is denied.

*Timothy S. Hollister,* in support of the petition.

*Mary E. Holzworth,* in opposition.

Decided March 11, 1987